FILE COPY

No. 07-14-00044-CR

| | | |
|---|---|---|
| Quincy Dwayne Yarbrough<br>  Appellant | § | From the 242nd District Court<br>  of Hale County |
| | § | |
| v. | | May 13, 2015 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 13, 2015, it is hereby ordered, adjudged and decreed that the judgment entered below is reversed and that a judgment of acquittal is hereby rendered.

It is further ordered that this decision be certified below for observance.

o O o